PRE-FAB TRANSIT CO. *v.* UNITED STATES ET AL.

No. 988.  Decided February 24, 1970

*Edward K. Wheeler, Robert G. Seaks,* and *Robert E. Joyner* for appellant.

*Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Robert W. Ginnane, Fritz R. Kahn,* and *Nahum Litt* for the United States et al., *Martin J. Leavitt* for Miami Transportation Co., Inc., et al., and *James E. Wilson* and *Edward G. Villalon* for Hennis Freight Lines, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

LOCKE *v.* CALIFORNIA

No. 1008.  Decided February 24, 1970

*Julian Herndon, Jr.,* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.